# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONOVAN THOMPSON

NO. 2023 KW 0550

**AUGUST 14, 2023**

---

In Re:    Donovan Thompson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-99-0711.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.** Relator's application for postconviction relief is untimely on its face and he failed to establish an exception to the time limitation set forth in La. Code Crim. P. art. 930.8(A). If an application for postconviction relief is untimely under Article 930.8, it should not be considered on the merits. See **State v. LeBlanc**, 2006-0169 (La. 9/15/06), 937 So.2d 844 (*per curiam*).

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT